THE STATE EX REL. HULING, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Huling v. Indus.
Comm.* (2001), 93 Ohio St.3d 252.]

(No. 01–449—Submitted July 17, 2001—Decided September 26, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

ALICE ROBIE RESNICK, J., **dissenting.** I would reverse the judgment of the court of appeals and return the cause to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

*Seaman & Associates Co., L.P.A.,* and *Angelique M. Hartzell,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Kimberly M. Connett,* Assistant Attorney General, for appellee.